■ COUNTY OF ERIE, Respondent, v GATEWAY-LONGVIEW, INC., Appellant, et al., Defendant. [924 NYS2d 870]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered May 3, 2010 in a declaratory judgment action. The order denied the motion of defendant Gateway-Longview, Inc. to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.